UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIGH GLASS,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>            Defendants. | No. 2:16-cv-2907 KJM CKD PS<br><br><br><br>ORDER |

Plaintiff is proceeding in this action pro se and in forma pauperis. By order filed January 6, 2017, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint.

On February 7, 2017, plaintiff filed a motion for reconsideration by the District Judge of the January 6, 2017 order.[1]  Plaintiff is advised that Local Rule 302(c)(21) provides in relevant part that the duties to be performed in civil matters by a Magistrate Judge pursuant to 28 U.S.C. § 636(a), (b)(1)(A), (b)(1)(B), (b)(3) include "[i]n Sacramento, all actions in which all the plaintiffs or defendants are proceeding in propria persona, including dispositive and non-dispositive

---

[1] It appears that plaintiff's motion for reconsideration was untimely under Local Rule 303(b) which requires such a motion to be filed within fourteen days after service of the order at issue.

1

motions and matters." L.R. 302(c)(21).  The order filed January 6, 2017 was not a dispositive order in that plaintiff was granted leave to amend.

Because it appears that plaintiff may have been under a misapprehension regarding the need to file an amended complaint in compliance with the court's January 6, 2017 order, the court will grant an extension of time to file an amended complaint.  Plaintiff is cautioned that the filing of a motion for reconsideration does not automatically stay the effect of a non-dispositive order issued by the Magistrate Judge.

In accordance with the above, IT IS HEREBY ORDERED that no later than March 10, 2017 plaintiff shall file an amended complaint that complies with the January 6, 2017 order.  Failure to timely file an amended complaint will result in a recommendation that the action be dismissed.

Dated:  February 10, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 glass2907.lta-eot